In the Matter of the Application of PERCY J. HAGAN, Petitioner, for an Order of Certiorari against EDWARD P. MULROONEY, as Police Commissioner of the Police Department of the City of New York, Respondent.— Determination of police commissioner unanimously confirmed and certiorari proceeding dismissed,

‡ Affd., 259 N. Y. ——.

without costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.